# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WARREN E. JOSEPH, JR.

NO. 2024 KW 0029

**APRIL 4, 2024**

---

In Re:     Warren E. Joseph, Jr., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 248207.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the application for postconviction relief, the district court's ruling, his bill of information, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. <u>See</u> Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.   Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                         **JEW**
                         **EW**
                         **TPS**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT